AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CONRAD, GLEN E. | US DISTRICT COURT | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR US DISTRICT JUDGE (ACTIVE) | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

210 FRANKLIN RD - ROOM 206
P O BOX 2822
ROANOKE, VA 24001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Virginia Retirement System - retirement plan |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | College of William and Mary, School of Law | February 17-18, 2017 | Williamsburg, VA | judging moot court | meals and lodging expenses |
| 3. | Mid-Atlantic Institute on Bankruptcy and Reorganization Practice | September 15-16, 2017 | Charlottesville, VA | panel speaker | meals and lodging expenses |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House 2 Lots Pulaski Co., VA (see Part VIII) | | None | M | Q | | | | | |
| 2. House (40% int.) Dare County, NC (see Part VIII) | | None | N | Q | | | | | |
| 3. House 2, Dare County, NC (see Part VIII) | | None | P1 | Q | Buy | 06/02/17 | P1 | | |
| 4. Stamp collection | | None | L | W | | | | | |
| 5. Coin collection | | None | J | W | | | | | |
| 6. Abbott Laboratories CS | A | Dividend | K | T | Sold (part) | 12/11/17 | K | A | |
| 7. Abbvie CS | A | Dividend | K | T | Sold (part) | 01/25/17 | K | D | |
| 8. Accenture PLC | A | Dividend | J | T | Sold (part) | 03/02/17 | K | B | |
| 9. Allergan PLC (CS) | A | Dividend | | | Sold | 12/11/17 | K | C | |
| 10. Adobe Systems Inc. (CS) | A | Dividend | | | Sold | 06/08/17 | J | A | |
| 11. Alcoa Inc. (CS) | A | Dividend | J | T | | | | | |
| 12. Amazon.com Inc. (CS) | A | Dividend | J | T | | | | | |
| 13. American Airlines Group Inc. (CS) | A | Dividend | J | T | | | | | |
| 14. American Electric Power (CS) | B | Dividend | K | T | | | | | |
| 15. American Funds AMCAP (CS) | A | Dividend | J | T | | | | | |
| 16. American Tower Corp. (CS) | A | Dividend | J | T | | | | | |
| 17. Amerisourcebergen Corp. (CS) | A | Dividend | J | T | Buy | 04/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Amgen Inc. (CS) | A | Dividend | J | T | | | | | |
| 19. Amphenol Corp. (CS) | A | Dividend | K | T | | | | | |
| 20. Anheuser-Busch InBev (CS) | A | Dividend | J | T | | | | | |
| 21. Anthem Inc. (CS) | A | Dividend | J | T | | | | | |
| 22. Apple, Inc. (CS) | A | Dividend | M | T | | | | | |
| 23. AquaBounty Technologies (CS) | A | Dividend | J | T | Spinoff (from line 81) | 01/18/17 | J | | |
| 24. Arconic Inc. (CS) | A | Dividend | J | T | | | | | |
| 25. AT&T Corp. (CS) | B | Dividend | K | T | | | | | |
| 26. Avery Dennison Corp. (CS) | A | Dividend | K | T | Buy | 10/13/17 | K | | |
| 27. Berkshire Hathaway Inc. (CS) | A | Dividend | J | T | | | | | |
| 28. Boeing Company (CS) | A | Dividend | K | T | | | | | |
| 29. Boulder Growth & Income Fund, Inc. (Mut Fund) | B | Dividend | J | T | Sold (part) | 12/11/17 | K | C | |
| 30. Brookfield Asset Mgmt Inc. (CS) | A | Dividend | J | T | | | | | |
| 31. Bristol Myers Squibb Co. CS | A | Dividend | K | T | | | | | |
| 32. Capital One Financial Corp. CS | A | Dividend | K | T | | | | | |
| 33. Carmax, Inc. | A | Dividend | J | T | | | | | |
| 34. Celgene Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Century Link CS | A | Dividend | K | T | | | | | |
| 36. Chubb Corp. CS | A | Dividend | K | T | | | | | |
| 37. Cintas Corp. (CS) | A | Dividend | K | T | Buy | 08/14/17 | K | | |
| 38. Cisco Systems Inc. (CS) | A | Dividend | J | T | | | | | |
| 39. Citigroup Inc. (CS) | A | Dividend | J | T | | | | | |
| 40. CME Group, Inc. (CS) | A | Dividend | J | T | | | | | |
| 41. CDN Imperial Bank (Bank Note) | A | Int./Div. | K | T | Buy | 11/14/17 | K | | |
| 42. Comcast Corp. CS | A | Dividend | J | T | | | | | |
| 43. Conoco Phillips Corp. CS | C | Dividend | L | T | | | | | |
| 44. Consolidated Edison, Inc. CS | A | Dividend | K | T | | | | | |
| 45. CSX Corp. CS | A | Dividend | | | Sold | 05/11/17 | L | E | |
| 46. Chevron Texaco Corp. CS | D | Dividend | L | T | | | | | |
| 47. Credit Acceptance Corp. (CS) | A | Dividend | J | T | Buy | 06/21/17 | J | | |
| 48. Cummins Inc. (CS) | A | Dividend | J | T | | | | | |
| 49. Danaher Corp. (CS) | A | Dividend | J | T | Sold (part) | 08/14/17 | K | B | |
| 50. Diamond Hill Large Cap. (CS) | A | Dividend | J | T | | | | | |
| 51. Dish Network Corp. (CS) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Disney Walt Co., (CS) | A | Dividend | K | T | | | | | |
| 53. Dodge & Cox Intl. Stock (CS) | A | Dividend | J | T | | | | | |
| 54. Dominion Resources (CS) | A | Dividend | J | T | | | | | |
| 55. Duke Energy Corp. (CS) | A | Dividend | J | T | | | | | |
| 56. Emerson Electric Co. (CS) | A | Dividend | K | T | | | | | |
| 57. Express Scripts CS | A | Dividend | J | T | | | | | |
| 58. Exxon Mobile Corp. (CS) | A | Dividend | J | T | | | | | |
| 59. Facebook, Inc. (CS) | A | Dividend | L | T | | | | | |
| 60. Fairpoint (CS) | A | Dividend | | | Closed | 01/10/17 | J | A | |
| 61. Fed Ex Corp. (CS) | A | Dividend | K | T | | | | | |
| 62. FMI Int'l (Mut. Fund) | A | Dividend | J | T | | | | | |
| 63. Fortive (CS) | A | Dividend | J | T | | | | | |
| 64. FMI Large Cap (Mut Fund) | A | Dividend | J | T | | | | | |
| 65. Franklin VA Tax Free Income Fund | B | Dividend | K | T | | | | | |
| 66. Frontier Communications CS | A | Dividend | J | T | | | | | |
| 67. Fulton Co. GA Dev. Auth. Rev RFDG Robert Woodruff Arts Ctr. Bond | A | Interest | | | Closed | 01/02/17 | J | | |
| 68. General Motors Co. (CS) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Glaxo Smithkline CS | B | Dividend | J | T | Sold (part) | 11/14/17 | J | A | |
| 70. Global Payments, Inc. (CS) | A | Dividend | K | T | Buy | 05/19/17 | K | | |
| 71. Alphabet, Inc. (CS) [parent company of Google, Inc.] | A | Dividend | K | T | | | | | |
| 72. Halozyme Therapeutic (CS) | A | Dividend | M | T | Sold (part) | 12/11/17 | M | E | |
| 73. Health Equity, Inc. (CS) | A | Dividend | | | Buy | 07/17/17 | K | | |
| 74. | | | | | Sold | 12/15/17 | J | | |
| 75. Hershey Company (CS) | A | Dividend | J | T | | | | | |
| 76. Home Depot, Inc. (CS) | A | Dividend | J | T | | | | | |
| 77. Hospira (CS) | A | Dividend | | | Merged (with line 110) | 01/01/17 | J | A | |
| 78. IShares TR Russell 2000 EFT | A | Dividend | K | T | Buy (add'l) | 03/02/17 | K | | |
| 79. | | | | | Sold (part) | 05/18/17 | K | A | |
| 80. Intel Corp. (CS) | A | Dividend | J | T | Buy | 12/15/17 | J | | |
| 81. Intrexon Corp. (CS) | A | Dividend | K | T | | | | | |
| 82. Invesco Ltd. (CS) | A | Dividend | J | T | Buy | 06/22/17 | K | | |
| 83. Invesco Fin. PLC SR Note | A | Interest | L | T | | | | | |
| 84. Johnson & Johnson (CS) | A | Dividend | J | T | | | | | |
| 85. JPMorgan Chase & Co. (CS) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Laboratory Corp. of America (CS) | A | Dividend | | | Sold | 10/13/17 | K | B | |
| 87. Liberty Broadband Corp. (CS) | A | Dividend | J | T | | | | | |
| 88. Liberty Media Corp. (CS) | A | Dividend | J | T | | | | | |
| 89. Loews Corp. SR Note | A | Distribution | K | T | | | | | |
| 90. Marathon Petroleum Corp. CS | A | Dividend | J | T | | | | | |
| 91. Markel Corp. (CS) | A | Dividend | J | T | | | | | |
| 92. Marsh & McLennan Cos Inc. SR Note | A | Distribution | | | Sold | 05/18/17 | L | A | |
| 93. Merck & Co. Inc. (CS) | A | Dividend | J | T | | | | | |
| 94. MFS Int'l New Discovery (CS) | A | Dividend | J | T | | | | | |
| 95. Michael Kors Holdings Ltd. (CS) | A | Dividend | | | Sold | 12/11/17 | K | B | |
| 96. Mondelez Intl. Inc. (CS) | A | Dividend | J | T | | | | | |
| 97. Monsanto Co. (CS) | A | Dividend | J | T | | | | | |
| 98. JP Morgan Chase & Co. (CS) | A | Dividend | K | T | | | | | |
| 99. Nestle S.A. (CS) | A | Dividend | J | T | | | | | |
| 100. Nike (CS) | A | Dividend | J | T | | | | | |
| 101. Noble Energy Inc. (CS) | A | Dividend | | | Sold | 07/17/17 | J | A | |
| 102. Nokia (CS) | A | Dividend | | | Closed | 01/02/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Nuveen Floating Step 22 Floating Rate Income Fund | A | Interest | J | T | Buy | 05/08/17 | J | | |
| 104. Nuveen VA Prem Income Municipal Fund | A | Dividend | J | T | | | | | |
| 105. Oceaneering International, Inc. (CS) | A | Dividend | J | T | | | | | |
| 106. Oshkosh Corp. (CS) | A | Dividend | K | T | Buy | 09/26/17 | K | | |
| 107. Parker-Hannifin Corp. (CS) | A | Dividend | J | T | | | | | |
| 108. Pepsico Inc. (CS) | A | Dividend | J | T | | | | | |
| 109. Petmed Express Inc. (CS) | A | Dividend | | | Sold | 08/28/17 | L | D | |
| 110. Pfizer Inc. (CS) | A | Dividend | J | T | | | | | |
| 111. Phillips 66 (CS) | A | Dividend | J | T | | | | | |
| 112. PVH Corp. (CS) (See Part VIII) | A | Dividend | J | T | | | | | |
| 113. Piedmont Oper. Partnership LP GTD SR Note | A | Int./Div. | | | Buy | 02/06/17 | K | | |
| 114. | | | | | Sold | 05/18/17 | K | A | |
| 115. Praxair Inc. (CS) | A | Dividend | J | T | | | | | |
| 116. Qualcomm Inc. (CS) | A | Dividend | J | T | | | | | |
| 117. Range Resources Corp. (CS) | A | Dividend | J | T | | | | | |
| 118. Realty Income Corp. (CS) | A | Dividend | J | T | | | | | |
| 119. Royal Dutch Shell (CS) | A | Dividend | K | T | Buy | 12/20/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Royal Bank Canada (note) | A | Int./Div. | M | T | Buy | 12/20/17 | L | | |
| 121.  Schlumberger LTD (CS) | A | Dividend | J | T | | | | | |
| 122.  Schwab Money Market Fund | A | Dividend | M | T | | | | | |
| 123.  Scott & Stringfellow Money Market Fund | A | Dividend | K | T | | | | | |
| 124.  Scottrade Money Market Fund | A | Dividend | N | T | | | | | |
| 125.  J. M. Smucker Co. (CS) | A | Dividend | J | T | | | | | |
| 126.  Southern Company (CS) | A | Dividend | J | T | | | | | |
| 127.  SPDR S&P Regional Banking ETF | A | Dividend | | | Sold | 05/18/17 | J | B | |
| 128.  Starbucks Corp. (CS) | A | Dividend | J | T | | | | | |
| 129.  Stryker Corp. (CS) | A | Dividend | J | T | | | | | |
| 130.  Suffolk, VA RFDG TXBL SER B | A | Dividend | | | Sold | 05/18/17 | K | A | |
| 131.  Sun Life Financial Inc. (CS) | A | Dividend | | | Buy | 01/25/17 | K | | |
| 132. | | | | | Sold | 05/19/17 | K | A | |
| 133.  Suntrust Banks, Inc. (CS) | C | Dividend | J | T | Sold (part) | 05/11/17 | M | D | |
| 134.  TTM Technologies (CS) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 135.  Teleflex, Inc. (CS) | A | Dividend | | | Sold | 01/05/17 | K | B | |
| 136.  The Travelers Companies (CS) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Trisura Group Ltd (CS) | A | Dividend | J | T | Spinoff (from line 30) | 06/01/17 | J | | |
| 138. United Technologies Corp. (CS) | A | Dividend | J | T | | | | | |
| 139. US Bancorp Med Term Note CPN | A | Interest | | | Sold | 05/18/17 | K | A | |
| 140. Valeant Pharm Int'l Inc. (CS) | A | Dividend | J | T | | | | | |
| 141. Victory Munder Mid-Cap Core Growth (CS) | A | Dividend | J | T | | | | | |
| 142. VISA Inc. (CS) | A | Dividend | J | T | | | | | |
| 143. Verizon Communications CS | B | Dividend | K | T | | | | | |
| 144. Wells Fargo CS | A | Dividend | J | T | Sold (part) | 05/09/17 | K | B | |
| 145. Ziopharm Oncology, Inc. CS | A | Dividend | K | T | Sold (part) | 12/11/17 | K | C | |
| 146. Farm, Albemarle Co., VA (1/4 interest) (see Part VIII) | | None | N | Q | | | | | |
| 147. Davenport & Co. LLC | A | Int./Div. | L | T | | | | | |
| 148. Land, Parcel #127, Albemarle Co., VA (1/3 interest) (see Part VII) | | None | K | Q | | | | | |
| 149. Land, Parcel #119-600, Albemarle Co., VA (1/3 int) (see Part VIII) | | None | N | Q | | | | | |
| 150. Land, Parcel #128, Albemarle Co., VA (1/3 int) (see Part VIII) | | None | L | Q | | | | | |
| 151. Land, Parcel #119-2400, Albemarle Co., VA (1/3 int)(see Part VIII) | | None | L | Q | | | | | |
| 152. Land, Parcel #14A, City of Charlottesville, VA (1/3 int)(Part VIII) | | None | | | Sold | 01/02/17 | L | D | |
| 153. Land, 8 parcels, Albemarle Co, VA (1/3 int) (see Part VIII) | D | Rent | O | Q | Sold (part) | 03/17/17 | M | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 09/08/17 | M | E | |
| 155. Lowe's Cos. Inc. (CS) | A | Dividend | L | T | | | | | |
| 156. Colgate Palmolive Co. (CS) | A | Dividend | L | T | | | | | |
| 157. BB&T Corp. (CS) | A | Dividend | K | T | | | | | |
| 158. Caterpillar, Inc, (CS) | A | Dividend | J | T | | | | | |
| 159. Charlottesville VA Public Imprvmt-Ser. A Munic. Bond (See Part VIII) | A | Interest | | | Sold | 01/02/17 | K | A | |
| 160. Chesterfield Co VA Econ Dev Ref Juv Cts Ser A Bond (See Part VIII) | A | Interest | | | Sold | 01/02/17 | K | A | |
| 161. Culpeper Co. VA Sch & Ref Bond (See Part VIII) | B | Interest | | | Sold | 01/02/17 | K | A | |
| 162. Montgomery Co VA Econ Dev AU Ref Bond (See Part VIII) | A | Interest | | | Sold | 01/02/17 | K | A | |
| 163. Prince William Co VA Pub Imprvmt Bond (See Part VIII) | B | Interest | | | Sold | 01/02/17 | K | A | |
| 164. Roanoke Co Va Econ Dev Auth Hosp Caril Clin Oblg Grp (See Part VIII) | A | Interest | | | Sold | 01/02/17 | K | A | |
| 165. Spotsylvania Co. VA Bond Fund (See Part VIII) | A | Interest | | | Sold | 01/02/17 | K | A | |
| 166. Tennessee St Taxable Ser. D bond (See Part VIII) | A | Interest | | | Sold | 01/02/17 | K | A | |
| 167. Virginia St Clg Bldg Auth Ed Unrefnded Pub Hgr Ed bond (See Part VIII) | A | Interest | | | Sold | 01/02/17 | K | A | |
| 168. Virginia St Clg Bldg Auth Ed 21st Cent Clg & Equip bond (See Part VIII | B | Interest | | | Sold | 01/02/17 | K | A | |
| 169. Virginia St Hsg Dev Auth Rental Hsg Ser B (See Part VIII) | A | Interest | | | Sold | 01/02/17 | K | A | |
| 170. Virginia St Hsg Dev Auth Homeo Ser B (See Part VIII) | B | Interest | | | Sold | 01/02/17 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Virginia St Pub Sch Auth Ref Sch Fing Ser C (See Part VIII) | A | Interest | | | Sold | 01/02/17 | K | A | |
| 172. Virginia St Pub Sch Auth Ref Sch Fing 1997 (See Part VIII) | B | Interest | | | Sold | 01/02/17 | K | A | |
| 173. Western Union Co. (CS) (See Part VIII) | A | Dividend | | | Sold | 01/02/17 | K | A | |
| 174. Mainstay Goverment Inv. Fund (mut. fund) | A | Dividend | K | T | | | | | |
| 175. Mainstay High Yield Corp Bond Fund | A | Dividend | L | T | | | | | |
| 176. McDonalds Corp. (CS) | A | Dividend | J | T | | | | | |
| 177. General Electric Co. (CS) | A | Dividend | J | T | | | | | |
| 178. Chemours Co. (CS) | A | Dividend | J | T | | | | | |
| 179. E I DuPont De Nemours & Co. (CS) | A | Dividend | J | T | | | | | |
| 180. Sprint Nextel Corp. (CS) | A | Dividend | J | T | | | | | |
| 181. Windstream Holdings Inc. (CS) | A | Dividend | J | T | | | | | |
| 182. Deutsche Science & Tech Fund Class A (CS) | A | Dividend | L | T | | | | | |
| 183. Lord Abbett Affiliated Fund Class A (CS) | A | Dividend | L | T | | | | | |
| 184. Oppenheimer Equity Fund Class A | A | Dividend | L | T | | | | | |
| 185. Uniti Group Inc. (CS) | A | Dividend | J | T | | | | | |
| 186. Alcatel-Lucent (CS) | A | Dividend | J | T | Merged (with line 102) | 01/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1 - appraisal date - May 2004
Part VII, Line 2 - appraisal date - September 1999
Part VII, Line 3 - appraisal date - June 2017

Part VII, Line 67 - this bond was reported as sold in part last year; however, upon further review, I have since learned that it was sold in its entirety on 5/12/2016

Part VII, Line 112 - due to typographical error, this stock was previously reported as "PHV"

Part VII, Line 146 - appraisal date - July 2015
Part VII, Line 148 - appraisal date - July 2015
Part VII, Line 149 - appraisal date - July 2015
Part VII, Line 150 - appraisal date - July 2015
Part VII, Line 151 - appraisal date - July 2015
Part VII, Line 152 - appraisal date - July 2015
Part VII, Line 153 - appraisal date - July 2015

To the best of my knowledge, the following assets, which were part of an estate, were sold in 2016, and I just became aware that they are no longer being held in the estate:
Part VII, Line 152 - Land, Parcel #14A, City of Charlottesville, VA (1/3 int)
Part VII, Line 159 - Charlottesville VA Public Imprvmt-Ser. A Munic. Bond
Part VII, Line 160 - Chesterfield Co VA Econ Dev Ref Juv Cts Ser A Bond
Part VII, Line 161 - Culpeper Co. VA Sch & Ref Bond
Part VII, Line 162 - Montgomery Co VA Econ Dev AU Ref Bond
Part VII, Line 163 - Prince William Co VA Pub Imprvmt Bond
Part VII, Line 164 - Roanoke Co Va Econ Dev Auth Hosp Caril Clin Oblg Grp
Part VII, Line 165 - Spotsylvania Co. VA Bond Fund
Part VII, Line 166 - Tennessee St Taxable Ser. D bond
Part VII, Line 167 - Virginia St Clg Bldg Auth Educ Unrefnded Pub Hgr Ed bond
Part VII, Line 168 - Virginia St Clg Bldg Auth Ed 21st Cent Clg & Equip bond
Part VII, Line 169 - Virginia St Hsg Dev Auth Rental Hsg Ser B
Part VII, Line 170 - Virginia St Hsg Dev Auth Homeo Ser B
Part VII, Line 171 - Virginia St Pub Sch Auth Ref Sch Fing Ser C
Part VII, Line 172 - Virginia St Pub Sch Auth Ref Sch Fing 1997
Part VII, Line 173 - Western Union Co. (CS)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GLEN E. CONRAD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544